# EXHIBIT "A"



**Service of Process Transmittal**
08/03/2021
CT Log Number 540013501

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Wal-Mart Stores East, LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Maiquez Viviana, etc., Pltf. vs. Wal-Mart Stores East, LP, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE21014037 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/02/2020, at 2300 W. Atlantic Boulevard, Pompano Beach, Florida 33069 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/03/2021 at 01:45 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | James P. Gitkin<br>Salpeter Gitkin, LLP<br>3864 Sheridan Street<br>Hollywood, FL 33021<br>954-467-8622 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/03/2021, Expected Purge Date: 08/08/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Tue, Aug 3, 2021

**Server Name:**  Anjelica Fiol

Entity Served    WAL-MART STORES EAST, LP

Case Number      CACE-21-014037 (25)

Jurisdiction     FL



Case Number: CACE-21-014037 Division: 25
Filing # 130338700 E-Filed 07/09/2021 11:22:00 AM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

VIVIANA MAIQUEZ, individually,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,
a foreign corporation,

    Defendant.
_____/

Case No.:

DATE: 8/3/21 TIME: 1250

INITIALS: AC-26

**SUMMONS**

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant: WAL-MART STORES EAST, LP, a foreign corporation:

by serving its registered agent:    CT Corporation System
                                        1200 South Pine Island Road
                                        Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint on JAMES P. GITKIN, ESQUIRE, Florida Bar No. 57001, Plaintiff's attorneys, whose address is:

**SALPETER GITKIN, LLP
3864 Sheridan Street
Hollywood, FL 33021
Tel: (954) 467-8622**

within **twenty (20) days** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and seal of said Court _____

    JUL 13 2021

BRENDA D. FORMAN
As Clerk of said Court

By: Deputy Clerk

**BRENDA D. FORMAN**

92532

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/09/2021 11:21:57 AM.****

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

VIVIANA MAIQUEZ, individually,

    Plaintiff,

                                      Case No.:

v.

WAL-MART STORES EAST, LP,
a foreign corporation,

    Defendant.
_____/

## COMPLAINT

    Plaintiff, VIVIANA MAIQUEZ ("Plaintiff"), individually, by and through the undersigned attorney, seeks damages from Defendant, WAL-MART STORES EAST, LP ("WALMART"), a foreign corporation, and in support thereof states the following:

    1.    This in an action for damages exceeding Thirty Thousand Dollars, exclusive of attorneys' fees and costs and pre-judgment interest.

    2.    At all times material hereto, Plaintiff was, and is, a resident of Miami-Dade, Florida, over the age of eighteen, and otherwise *sui juris*.

    3.    At all times material hereto, WALMART was, and is, a foreign corporation conducting substantial and not isolated activities in Florida by virtue of owning and operating various stores throughout the State, including the store (the "Subject Store") located at 2300 W. Atlantic Boulevard, Pompano Beach, Florida 33069.

    4.    Venue is proper in Broward County, Florida because the acts and/or omissions giving rise to this action occurred in Broward County, Florida.

    5.    All conditions precedent to the bringing of this action have been complied with and/or waived.

**FACTUAL BACKGROUND**

6.  On August 2, 2020, Plaintiff was a lawful patron of the Subject Store and was shopping with her husband.

7.  While in the Subject Store, Plaintiff's husband slipped in water, and while Plaintiff attempted to prevent him from falling, she was brought to the ground in the process, resulting in serious personal injuries.

8.  Through information and belief, failures on the part of employees of WALMART led to the accumulation of water on the floor.

9.  As a direct and proximate result of Defendant's failure to maintain a safe premises, Plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of her injuries, and suffered physical handicap. These injuries are either permanent or continuing in nature, and she will suffer losses and impairment in the future.

10. As a further direct and proximate result of the above-described acts and/or omissions, Plaintiff suffered significant financial losses.

**COUNT I**
**NEGLIGENCE as to WALMART**

Plaintiff reaffirms and realleges the allegations contained in Paragraphs 1 through 10 as if fully set forth herein.

11. WALMART had a duty to the general public, including Plaintiff, to maintain the Subject Store in a safe condition.

12. WALMART breached this duty by allowing water to accumulate on the floor, and by failing to adequately inspect the premises.

13. Based on the time of day the incident occurred, WALMART knew, or should have known, of this dangerous condition and failed to do anything to remediate the condition.

14. As a direct and proximate result of Defendant's negligent acts and/or omissions, Plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of her injuries, and suffered physical handicap. These injuries are either permanent or continuing in nature, and she will suffer losses and impairment in the future.

15. As a further direct and proximate result of the above-described negligent acts and/or omissions, Plaintiff suffered significant financial losses.

WHEREFORE, Plaintiff, VIVIANA MAIQUEZ, demands judgment against Defendant, WAL-MART STORES EAST, LP, for damages and for such other and further relief as this Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff, VIVIANA MAIQUEZ, demands a trial by jury as to all issues triable as of right by jury.

### DESIGNATION OF PRIMARY AND SECONDARY E-MAIL ADDRESSES

In accordance with Rule 2.515 of the Florida Rules of Judicial Administration, the undersigned counsel hereby designates the following as their primary and secondary e-mail addresses for service of all paper in connection with the above-styled action:

James P. Gitkin, Esq.        Primary E-mail:    jim@salpetergitkin.com
                             Secondary E-mail:  tina@salpetergitkin.com

Dated this 9th day of July, 2021.

Respectfully submitted,

SALPETER GITKIN, LLP
*Attorneys for Plaintiff*
3864 Sheridan Street
Hollywood, FL 33021
Telephone: (954) 467-8622
Facsimile: (954) 671-5687

By: */s/ James P. Gitkin*
    James P. Gitkin, Esq. (FBN: 570001)

3